[No. 17175-2-III.    Division Three.    May 13, 1999.]

KRISTINA MARKEL, *Appellant*, v. GOLDIE K. MALHAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 96-2-00959-5, Carolyn A. Brown, J., entered January 8, 1998. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.


[No. 17254-6-III.    Division Three.    May 13, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLEN MONSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 94-1-01467-7, Michael E. Donohue, J., entered February 5, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Brown and Kato, JJ.


[No. 17700-9-III.    Division Three.    May 13, 1999.]

ERA SUN RIVER REALTY, INC., *Respondent*, v. PATRICK A. MAGULA, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 94-2-00499-6, Craig J. Matheson, J., entered July 22, 1998. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, A.C.J., and Brown, J.


[No. 17732-7-III.    Division Three.    May 13, 1999.]

SUSAN WITTNER, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 97-2-00217-1, Ted W. Small, J., entered July 20, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.